IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

U̲NITED̲ S̲TATES̲ ̲OF̲ A̲MERICA̲,
         Plaintiff,

         vs.                                     Case No. 13-10112-09-JTM

L̲ARRY̲ R̲EED̲,
         Defendant.

MEMORANDUM AND ORDER

This matter is before the court on defendant Larry Reed's motion in which he seeks release from the halfway house where he is currently confined. Reed pled guilty in 2015 to conspiracy to commit program fraud. The court sentenced Reed to two years imprisonment and three years supervised release. (Dkt. 230). The defendant remained on bond (Dkt. 232) following his plea and sentencing, until he self-surrendered. Final judgment was entered on September 4, 2015. (Dkt. 238). Reed's motion indicates that he was released from prison and has been at a Topeka, Kansas, halfway house beginning August 24, 2016.

Reed seeks release from the halfway house citing the scheduled back surgery of his wife, Jacqueline Hudson, and his own liver disease. In support of his motion, Reed has

submitted an affidavit indicating that he entered into a common law marriage to Ms. Hudson in 1996. However, as the government notes, Reed stated in 2015 that he was married to Dorothy Junious, and was simply "close friends" with Ms. Hudson. In addition, Reed has been arrested and convicted on domestic violence charges and violating "no contact" orders relating to Ms. Hudson.

The court notes that the United States Probation Office recommends against releasing defendant to live with Ms. Hudson. Further, the scheduled surgery of Ms. Hudson appears to a part of an ongoing treatment of her back condition. Reviewing all of the circumstances of the case, the court finds that defendant's motion should not be granted.

IT IS ACCORDINGLY ORDERED this 28th day of December, 2016, that the defendant's Motion to Modify (Dkt. 454) is hereby denied.

                                                                                           s/ J. Thomas Marten
                                                                                   J. THOMAS MARTEN, JUDGE